# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>JULIO CESAR RODAS-SUCHITE<br><br>Defendant(s) | Case Number:  13-CR-40070 (JPG) |

### ORDER

Pending before this Court is a Motion for Extension of Time to File in the above-entitled cause filed by the defendant (Document No. 18).  Upon review of this motion, the Court finds that the Motion is well-taken.  Therefore, the Motion is hereby **GRANTED** and the filing date for objections and/or clarifications to the Pre-Sentence Report is hereby extended to November 21, 2013.

SO ORDERED AND CONTINUED.

Dated this 15th day of November, 2013.

*s/ J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE